IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROSALINDA SAPLAN AND RECTO SAPLAN, | ) ) ) | 1:11-CV-00012-LEK-BMK |
| Plaintiffs, | ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND |
| vs. | ) ) ) | RECOMMENDATION TO DISMISS THIS ACTION WITHOUT |
| BANK OF AMERICA, COUNTRYWIDE HOME LOANS, INC., PRIDE PACIFIC MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, DOES 1-100, | ) ) ) ) ) ) ) | PREJUDICE |
| Defendants. | ) ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DISMISS
THIS ACTION WITHOUT PREJUDICE</u>

Findings and Recommendation having been filed and served on all parties on 07/08/2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, doc. no. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 27, 2011.



  /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

cc:all parties of record

**ROSALINDA SAPLAN, ET AL. V. BANK OF AMERICA, ET AL.; CIVIL NO. 11-00012 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**